### POWHATAN COAL & COKE CO. v. NORFOLK & W. RY. CO.

(Circuit Court of Appeals, Fourth Circuit. February 16, 1910.)

#### No. 917.

Appeal from the Circuit Court of the United States for the Western District of Virginia, at Lynchburg.

Action by the Powhatan Coal & Coke Company against the Norfolk & Western Railway Company. From a decree dismissing the bill, complainant appeals. Affirmed.

For opinion below, see 171 Fed. 723.

J. W. Chapman (Chapman & Gillespie and Arthur B. Hayes, on the briefs), for appellant.

Lucian H. Cocke and John H. Holt (Joseph I. Doran and Theodore W. Reath, on the briefs), for appellee.

Before GOFF, Circuit Judge, and BOYD and DAYTON, District Judges.

PER CURIAM. This court, on a former day of this session, in the case of the Columbus Iron & Steel Company v. Kanawha & Michigan Railway Company, 178 Fed. 261, filed an opinion affirming the decree appealed from in that case, which in effect disposes of the controversy herein involved. On the case made by the bill, the court below, at the time it was filed, was without jurisdiction of the subject-matter, and therefore the decree dismissing it is without error. Abilene Cotton Oil Co. Case, 204 U. S. 426, 27 Sup. Ct. 350, 51 L. Ed. 553. Baltimore & Ohio Railroad Company et al. v. United States ex rel. Pitcairn Coal Company, 215 U. S. 481, 30 Sup. Ct. 164, 54 L. Ed. ——, and Interstate Commerce Commission v. Illinois Central Railroad Co., 215 U. S. 452, 30 Sup. Ct. 155, 54 L. Ed. ——, both of which cases were decided by the Supreme Court of the United States on the 10th day of January, 1910, clearly indicate our duty in the appeal now to be disposed of.

Affirmed.